# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144579(50)

BRENT HARRIS,
     Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
     Defendant-Third Party Plaintiff-Appellee,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
     Third Party Defendant-Appellant.
_____

SC: 144579
COA: 300256
Oakland CC: 2009-102219-NF

     On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing his brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk